UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DISABLED CITIZENS ALLIANCE FOR INDEPENDENCE, INC., | ) ) ) |
| Plaintiff(s), | ) ) |
| vs. | ) Case No. 4:08CV1021 JCH ) |
| HONORABLE KENNETH W. PRATTE, PRESIDING JUDGE MISSOURI CIRCUIT COURT TWENTY-FOURTH JUDICIAL CIRCUIT, A SUBDIVISION OF THE STATE OF MISSOURI, et. al., | ) ) ) ) ) ) ) |
| Defendant(s). | ) |

## ORDER

This matter is before the Court upon Defendant the Missouri Circuit Court Twenty-Fourth Judicial Circuit's Motion to Dismiss (Doc. No. 13), Movant Jimmie Sampson's Motion to Intervene (Doc. No. 17), and Plaintiff's Motion and Notice for Leave to File Amended Complaint (Doc. No. 18).

Accordingly,

**IT IS HEREBY ORDERED** that Movant Jimmie Sampson's Motion to Intervene (Doc. No. 17) and Plaintiff's Motion and Notice for Leave to File Amended Complaint (Doc. No. 18) are **GRANTED** and Defendant the Missouri Circuit Court Twenty-Fourth Judicial Circuit's Motion to Dismiss (Doc. No. 13) is **DENIED**, without prejudice.

Dated this 29th day of August, 2008.

/s/ Jean C. Hamilton

UNITED STATES DISTRICT JUDGE